of the Supreme Court. *Mr. Dapena* for petitioner. *Mr. Llaneras* for adverse party.

---

No. 294. GARCÍA *v.* BOLÍVAR.—Appeal from the District Court of San Juan, First Section. Motion to dismiss the appeal. Decided June 23, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. Bosch* for petitioner. *Mr. Pérez-Morís* for adverse party.

---

No. 304. BARREDA *v.* JUNCOS CENTRAL Co.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided October 5, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. M. Tous Soto* for petitioner. *Messrs. Hartzell and Rodríguez Serra* for adverse party.

---

No. 311. ECHAVARRÍA *v.* MOLINARI.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided October 5, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. A. Reichard* for petitioner. *Mr. Franco Soto* for adverse party.

---

No. 330 RODRÍGUEZ *v.* TORRES.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided October 5, 1908. Appeal dismissed for noncompliance with section 50 of the Rules of the Supreme Court. *Mr. Rodríguez* for petitioner. *Messrs. Tord, Toro and Canales* for adverse party.